UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-753 (MJD/JGL)

LISA MARTIN,

Plaintiff,

v.

**PRETRIAL ORDER**

CLEAR CHANNEL TELEVISION, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two days;

2. All motions which seek to amend any pleading or to add any parties must be filed and heard prior to August 1, 2000;

3. The period during which the parties may seek discovery shall be completed by November 1, 2000;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2000;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to March 1, 2001; and

6. This case will be considered "ready for trial" as of March 1, 2001.

DATED: April 28, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

APR 28 2000
Filed
Francis E. Dosal, Clerk
Judgment Entd.
Deputy Clerk