**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Johnson,**

**Plaintiff.**

**v.** **Civil No.: 99-402 (MJD/JGL)**

**Credit Acceptance, et al,**

**Defendant.**

**TRIAL NOTICE AND**
**FINAL PRETRIAL ORDER**

**Martin,**

**Plaintiff,**

**v.** **Civil No.: 00-753 (MJD/JGL)**

**Clear Channel,**

**Defendant.**

**Mars Musical,**

**Plaintiff,**

**v.** **Civil No.: 99-669 (MJD/JGL)**

**Mars, Inc.,**

**Defendant.**

---

The following above referenced civil case is set for trial before Judge Michael J. Davis in Courtroom 14 East of the United States Courthouse in Minneapolis, Minnesota[1] for the period of **Monday, January 14, 2002 - Thursday, January 17, 2002.**

[1] The Courthouse is located at 300 South Fourth Street, Minneapolis, MN 55415.

FILED NOV 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

There is a possibility that the trial may not commence on January 14, 2002, due to conflicts with other trials. For this reason, you are ***not*** to report for trial until you are called. The trial will commence as soon as possible after January 14, 2002, so the case should be kept on a "ready basis".

Questions regarding the calendar may be directed to Debbie Long, Judge Davis' Calendar Clerk at (612) 664-5073.

**Unless otherwise noted, counsel shall deliver one copy of the following documents to opposing counsel and the original and two copies to the office of the Clerk of Court by Monday, December 21, 2001.**

1. A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues.

2. Exhibit List. The exhibit list should be submitted on the Federal Exhibit/Witness list form. A copy of the form can be picked up at the St. Paul, Minneapolis or Duluth Clerk's Office. If exhibits are to be offered at trial, the following procedure must be followed:

   (i) Counsel shall, no later than Monday, December 21, 2001, mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Do not use sub-identifiers for any exhibit number (ie. 1A, 1B, etc.). Each exhibit should also be marked with the case number.

   Example: Pltf. or Deft. #1
   Civ. 3-84-2
   (Multiple parties list name, e.g.
   Pltf. Smith #1)

   (ii) Counsel shall, no later than Monday, December 21, 2001, make available for examination and, if requested, copying by

all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause show.

(iii) Counsel shall, no later than Monday, December 21, 2001, submit a list of the exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown.

3. Witness List. The witness list should be submitted on the Federal Exhibit/Witness list form. A copy of the form can be picked up at the St. Paul, Minneapolis or Duluth Clerk's Office. The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown.

4. List of Deposition Testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of deposition to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown. Any party who wishes to object to listed deposition testimony shall submit objections by Monday, December 21, 2001.

5. Motions In Limine must be received no later than Monday, December 21, 2001. Responses to Motions In Limine must be received no later than Monday, December 28, 2001.

6. Proposed Voir Dire Questions.

7. Proposed Jury Instructions. All proposed jury instructions are required to be **JOINTLY** filed no later than Monday, December 21, 2001, except for those whose need could not be foreseen. Each

proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority. Jury instructions are to be submitted in the following format:

(i) The parties are required to jointly submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other at least one week prior to the filing deadline. The parties should then meet, confer, and submit one complete set of agreed upon instructions.

(ii) The original and two copies of the instructions shall be submitted to the Court in hard copy. In addition, the instructions shall be submitted on a 3.5" diskette, clearly labeled with the case name and number, and the name of the word processing program in which the document was created.

8. Proposed Special Verdict Forms. The Proposed Special Verdict Form shall be submitted on a 3.5" diskette, clearly labeled with the case name and number, and the name of the word processing program in which the document was created.

Counsel for all parties are strongly encouraged to meet prior to trial to:

A. Stipulate to all uncontested facts and matters not in controversy.

B. Stipulate to which exhibits may be received without objection prior to trial.

C. Discuss settlement.

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Dated: November 21 , 2001

Judge Michael J. Davis
United States District Court