UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-753 (MJD/JGL)

LISA MARTIN,

Plaintiff,

v. ORDER

CLEAR CHANNEL TELEVISION, INC.,
d/b/a WFTC FOX 29

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 12-19-01

MICHAEL J. DAVIS
United States District Court Judge

FILED DEC 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______