**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lisa Martin,

Plaintiff,

vs.

Clear Channel Television, Inc.,
d/b/a WFTC Fox 29,

Defendant.

Court File No. 00-CV-753

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

Date: 1/9/02 ~~2001~~

**NICHOLS, KASTER & ANDERSON**

By ______________________
James H. Kaster (#53946)
Nicholas G.B. May (#287106)
4644 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Telephone: 612.338.1919
Facsimile: 612.338.4878

**ATTORNEYS FOR PLAINTIFF LISA MARTIN**

Date: January 9, 2002

**LITTLER MENDELSON, P.C.**

By ______________________
Marko J. Mrkonich (#125660)
Chad W. Strathman (#270957)
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT CLEAR CHANNEL TELEVISION, INC. d/b/a WFTC FOX 29**

JAN 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the stipulation of the parties as set forth above, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

Let judgment be entered accordingly.

Michael J. Davis
United State District Court Judge