# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lisa Martin

v.

Clear Channel Television, Inc.

Case No. Civil 00-753MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action be dismissed with prejudice, and without costs to either party.

DATE: January 14, 2002

RICHARD D. SLETTEN, CLERK

Patricia Kegley, Deputy Clerk